```
3
```

TRUDI G. MANFREDO, Bar No. 166474
THE LAW OFFICE OF TRUDI G. MANFREDO
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for RANDELL PARKER
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-60760-A-7 |
| DOLORES ANN SMITH, fka DOLORES ANN ROBERTS, | Chapter 7 |
| | TGM-1 |
| | Date: March 10, 2010 |
| | Time: 9:00 a.m. |
| Debtor. | Dept: A, Fresno |
| | The Honorable Whitney Rimel |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION**

The Motion for Authority to Sell Personal Property at Public Auction filed by RANDELL PARKER, CHAPTER 7 TRUSTEE represents:

1. Randell Parker ("Trustee"), is the duly qualified, appointed, and acting trustee in the Chapter 7 case filed by DOLORES ANN SMITH, fka DOLORES ANN ROBERTS ("Debtor"). Debtor filed for relief under Chapter 7 of the Bankruptcy Code on November 3, 2009.

2. Debtor owns a 1997 Wilderness Fifth Wheel Trailer ("Trailer").

3. The Trustee seeks authorization from the Bankruptcy Court to sell the Trailer at public auction on or about March 27, 2010, at 10:00 a.m. under 11 U.S.C. §§ 363 (b)(1) and (f)(4).

1

FILED February 17, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002424193

4. This is a core matter under 28 U.S.C. § 157(b)(2)(A) and (N).

5. The Trustee believes that selling the Trailer at public auction will yield the best price obtainable under the circumstances of the Chapter 7 case filed by Debtor.

6. The Trailer is currently located at 8805 District Blvd., Bakersfield, California.

7. The Trustee believes that the sale of the Trailer at public auction is in the best interests of the estate and its creditors because a sale by public auction would be the most efficient and economical way to sell the Trailer. There are a number of bankruptcy estates participating in this auction, and past auctions like this have drawn large crowds. Selling at public auction allows the Trustee to sell the item in a short period of time with the greatest exposure to potential buyers. Trustee anticipates that the sale will yield approximately $3,000.00 to the estate. There are no liens encumbering this vehicle.

8. In order to expedite the sale of the Trailer, the Trustee entered into an agreement with Jerry Gould of Gould Auction and Appraisal Company, to advertise and manage the auction ("Auctioneer"). According to the agreement between the Trustee and Auctioneer, the fees for professional services rendered by Auctioneer will not exceed 15% (fifteen percent) of the gross proceeds of the auction, but the Auctioneer may be reimbursed for up to $500.00 in extraordinary expenses and a $100.00 pick-up fee as well as $50.00 DMV transfer costs.

9. The details of the compensation to the Auctioneer will be subject to the terms and conditions set forth in the Application

for Order Authorizing Employment of Auctioneer to Conduct Public Auction, which will be filed shortly.

WHEREFORE, Trustee prays as follows:

1. That Trustee's Motion for authority to Sell Personal Property at Public Auction be granted;

2. That the Trustee be authorized to sell at public auction a 1997 Wilderness Fifth Wheel Trailer on or about March 27, 2010, at 10:00 a.m., with the auction to be held at 30764 Imperial Street, Shafter, California;

3. That the Trustee be authorized to pay Gould Auction from the proceeds received from the auction sale his commission and up to $500.00 in extra ordinary expenses, a $100 pick-up fee and $50.00 for DMV transfer costs without further court order;

4. For such other and further relief as the Court deems to be just and proper.

Dated: February 12, 2010

                                                /s/ Trudi G. Manfredo
TRUDI G. MANFREDO
Attorney for Trustee