**4**

TRUDI G. MANFREDO, Bar No. 166474
THE LAW OFFICE OF TRUDI G. MANFREDO
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for RANDELL PARKER
CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-60760-A-7 |
| DOLORES ANN SMITH, fka DOLORES ANN ROBERTS, | Chapter 7 |
| | DC No: TGM-5 |
| Debtor. | Date: September 21, 2010 |
| | Time: 1:30 p.m. |
| | Dept. A, 1300 18th Street Bakersfield |
| | The Honorable Whitney Rimel |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

RANDELL PARKER, Chapter 7 Trustee of the above-captioned case ("Trustee"), respectfully represents as follows:

1. Trustee is the duly appointed qualified and acting Trustee of the above referenced Bankruptcy Estate.

2. Debtor filed for relief under Chapter 7 of the Bankruptcy Code on November 3, 2009.

3. This Court has jurisdiction over this proceeding under 28 U.S.C. § 1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (N). This motion is brought pursuant to 11 U.S.C. §363(b).

1

4. Venue is proper in this Court pursuant to 28 U.S.C § 1409(a) by virtue of the pendency of this case before the Court.

5. One of the assets of the bankruptcy estate is real property located at 5655 Taft Highway, Bakersfield, California ("Real Property") more particularly described in the Preliminary Title Report, a true and correct copy of which is filed concurrently herewith and incorporated herein by reference as **Exhibit A**.

6. Trustee sought authorization to employ Remax Magic, Inc., 201 New Stine Road, Suite 300, Bakersfield, CA 93309 as broker, which authorization was approved on March 29, 2010.

7. Trustee has received an offer from Ajitpal and Karamjit Tiwana, or nominee, ("Buyers") to purchase the Real Property for $46,000.00. A true and correct copy of the Agreement between Buyer and Trustee is filed concurrently herewith and incorporated herein by reference as **Exhibit B**. Buyer has deposited $1,000.00 into escrow which is non refundable if Buyer fails to perform.

8. The purchase price agreed upon with the Buyer is the highest and best offer received by the Trustee to date. The trustee believes the offer is reasonable.

9. Although title to the real property is held in the name of Frederick C. Smith and Dolores A. Smith, Husband and Wife, as joint tenants, Trustee is informed and believes and based on Debtor's statements made at the meeting of creditors and her Schedule I, Mr. Smith is deceased.

10. According to the Preliminary Title Report, there are delinquent property taxes owed in the approximate amount of $1,034.44.

11.  Trustee will incur a broker's commission at 6% in the sum of $2,760.00 to his broker who is representing both buyer and seller.  Trustee requests that the commission be authorized to be paid out of escrow to the brokers.

12.  Assuming 2% cost of sale, the net to the estate will be approximately as follows:

```
Sales Price:              $46,000.00
Broker Commission:       ( 2,760.00)
Cost of Sale:            (   920.00)
Property Taxes:          ( 1,034.44)

    Total:                $41,285.56
```

13.  Trustee has determined that there will be no adverse tax consequences.

14.  Trustee believes that it is in the best interest of the estate and creditors to sell the property to Buyers on the terms stated in the Purchase Contract.  Trustee does not believe he can receive a better price if the property stays on the market for a longer period of time.

15.  Because the actual payoffs on the liens may vary up or down, the net to the estate may vary.

16.  This offer is subject to higher and better bids received on or before the date of the hearing.  All bids must be in writing and have no contingencies, and potential bidder must bring certified funds in the amount of $1,000.00 made payable to the Bankruptcy Estate of Dolores Ann Smith which is refundable if that bid is not the highest bid.  Any over bid must be in $1,000.00 increments.

17.  Trustee also requests that the ten day provision of Fed. B. Bankr. P. Rule 6004(g) be waived.

1     WHEREFORE, trustee prays as follows:

2     1. That the Motion be granted.

3     2. That Trustee be authorized to sell The Property to Ajitpal and Karamjit Tiwana, or nominee, ("Buyers") to purchase the Real Property for $46,000.00, on the terms set forth above, subject only to higher and better bid at the hearing on the confirmation of the sale.

    3. That Trustee be authorized to pay to his real estate broker connected with this sale a commission of 6% of the gross sale amount.

    4. That the net sales proceeds after payment of property taxes, if any, encumbrances, broker's commission and costs of sale be paid to the Trustee and maintained in an interest bearing account pending further order of the Court.

    5. That the Trustee be authorized to sign all documents necessary to effectuate the sale pursuant to the above mentioned terms; and

    6. That the ten day provision of Fed.B.Bankr.P. Rule 6004(g) be waived.

    7. For such other and further relief as is just and proper.

Dated: 8-12-10                       /s/ TRUDI G. MANFREDO
                                            Trudi G. Manfredo
                                            Attorney for Trustee